IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PRECISION FRANCHISING, )
LLC, )
           )
    Plaintiff, )
           )
    v. )    Civil Action No. 1:22-cv-1299 (RDA/IDD)
           )
ONE WAY AUTO SERVICES, LLC, *et al.*, )
           )
    Defendants. )

## ORDER

This matter comes before the Court upon two Report and Recommendations ("Recommendations") issued by Magistrate Judge Ivan D. Davis on September 8, 2023. Dkts. 25, 26. In Plaintiff Precision Franchising, LLC's Complaint, Plaintiff asserted three counts of breach of contract against Defendants One Way Auto Services, LLC ("OWAS"), Caleb Mitchell, and Abdel Sheriff (collectively, "Defendants") pursuant to a Franchise Agreement. Dkt. 1. Plaintiff then filed two motions for default judgment: the first against OWAS and Mitchell (Dkts. 14, 15) and the second against Sheriff (Dkt. 20). Magistrate Judge Davis recommends that default judgment be entered against Defendants on all three counts asserted in the Complaint. Dkts. 25, 26. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Davis' Recommendation was September 22, 2023. To date, no objections have been filed.

After reviewing the record and Magistrate Judge Davis' Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendations (Dkt. 25, 26). Accordingly, it is hereby ORDERED that Plaintiff's Motions for Default Judgment (Dkt. 14, 15, 20) is GRANTED as to Counts I, II, and III of the Complaint; and it is

FURTHER ORDERED that default judgment enter in favor of Plaintiff Precision Franchising, LLC and against Defendants OWAS, Mitchell, and Sheriff, jointly and severally, in the amount of $96,980.27 which consists of: (i) $37,746.68 for Count I; (ii) $25,633.59 for Count II; and (iii) $33,600.00 for Count III.

The Clerk is directed to enter judgment in this matter pursuant to Federal Rule of Civil Procedure 55(b) in favor of Plaintiff Precision Franchising LLC and against Defendants in the amount of $96,980.27, which consists of: (i) $37,746.68 for Count I; (ii) $25,633.59 for Count II; and (iii) $33,600.00 for Count III. The Clerk is further directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
September 27, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").